JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE L.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE KING,[2] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-0001-RAO <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order affirming the Commissioner's decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

DATED: January 31, 2025

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King, the Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.